United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-17050-pmm
Thomas R. Tancredi                                             Chapter 13
Kara Tancredi
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 2          Date Rcvd: Apr 13, 2020
                             Form ID: 138NEW          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
```
db/jdb      +Thomas R. Tancredi,   Kara Tancredi,   90 Terrace Road,   Boyertown, PA 19512-7746
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           The Victory Bank,   c/o Angela L. Baglanzis, Esquire,   Obermayer Rebmann Maxwell & Hippel LLP,
             One Penn Center, Suite 1900,   117 John F. Kennedy Boulevard,   Philadelphia, PA  19103
13606785    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:  FIA Card Services,   PO Box 15019,   Wilmington, DE 19886-5019)
13621700    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13606783    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
             Kansas City, MO 64195)
13606782    +Chase Mortgage,   Po Box 24696,   Columbus, OH 43224-0696
13606786     Fia Csna,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
13628517    +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13658116     M&T BANK,   PO BOX 1508,   BUFFALO, NY 14202
13606788     M&T Credit Services,   1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
             Williamsville, NY 14221
13606791     Rapid Automotive & Machine, Inc.,   90 Terrace Road,   Boyertown, PA 19512-7746
13668735     The Victory Bank,   c/o Angela L. Baglanzis, Esquire,   Obermayer Rebmann Maxwell & Hippel LLP,
             One Penn Center, 19th Fl., 1617 JFK Blvd,   Philadelphia, PA  19103
13606793    +Thomas & Patricia Tancredi,   47 Baldy Hill Road,   Alburtis, PA 18011-2002
13606794    +Victory Bank,   548 North Lewis Road,   Royersford, PA 19468-1119
13657087     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bncmail@w-legal.com Apr 14 2020 03:50:50    Synchrony,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
cr           E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 03:56:34    Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13606781     E-mail/Text: bkrpt@retrievalmasters.com Apr 14 2020 03:50:45
             American Medical Collection Agency,   PO Box 1235,   Elmsford, NY 10523-0935
13659703    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 14 2020 03:50:22    COMENITY CAPITAL BANK,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13613858     E-mail/Text: mrdiscen@discover.com Apr 14 2020 03:50:15    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13606784    +E-mail/Text: mrdiscen@discover.com Apr 14 2020 03:50:15    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
13606787    +E-mail/Text: jawenrich@firstcitizensbank.com Apr 14 2020 03:50:20
             First National Bank of Fredericksburg,   Po Box 40  ;   3016 S. Pine Grove Street,
             Fredericksburg, PA 17026-0040
13606789    +E-mail/Text: bankrupcy@matcotools.com Apr 14 2020 03:51:26    Matco Tools,   4403 Allen Road,
             Stow, OH 44224-1096
13606790     E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 03:56:15    PayPal Credit,   PO Box 105658,
             Atlanta, GA 30348-5658
13612110     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:42
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
13609081     E-mail/PDF: rmscedi@recoverycorp.com Apr 14 2020 03:56:18
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
14217364    +E-mail/Text: bncmail@w-legal.com Apr 14 2020 03:50:50    SYNCHRONY BANK,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
                                                                                  TOTAL: 13
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
13606792    ##+Small Business Administration,   1150 First Avenue, Suite 1001,
              King of Prussia, PA 19406-1393
                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: JEGilmore          Page 2 of 2              Date Rcvd: Apr 13, 2020
                              Form ID: 138NEW           Total Noticed: 33
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
         ANGELA LYNN MASTRANGELO    on behalf of Creditor    The Victory Bank angela.baglanzis@obermayer.com,
         Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
         ANGELA LYNN MASTRANGELO    on behalf of Defendant    The Victory Bank
         angela.baglanzis@obermayer.com,
         Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
         JOSEPH L QUINN    on behalf of Debtor Thomas R. Tancredi CourtNotices@rqplaw.com
         JOSEPH L QUINN    on behalf of Plaintiff Kara  Tancredi CourtNotices@rqplaw.com
         JOSEPH L QUINN    on behalf of Plaintiff Thomas R. Tancredi CourtNotices@rqplaw.com
         JOSEPH L QUINN    on behalf of Joint Debtor Kara  Tancredi CourtNotices@rqplaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                              TOTAL: 12
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Thomas R. Tancredi and Kara
Tancredi

             Debtor(s)                                    Bankruptcy No: 15–17050–pmm

                                                          Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                  For The Court
                                                    Timothy B. McGrath
                                                      Clerk of Court

Dated: 4/13/20

48 – 47
Form 138_new
