United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas R. Tancredi
Kara Tancredi
    Debtors

Case No. 15-17050-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: JEGilmore    Page 1 of 2    Date Rcvd: Jun 02, 2020
Form ID: 3180W    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
```
db/jdb         +Thomas R. Tancredi,    Kara Tancredi,    90 Terrace Road,    Boyertown, PA 19512-7746
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13621700       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13658116        M&T BANK,    PO BOX 1508,    BUFFALO, NY 14202
13668735        The Victory Bank,    c/o Angela L. Baglanzis, Esquire,    Obermayer Rebmann Maxwell & Hippel LLP,
                 One Penn Center, 19th Fl., 1617 JFK Blvd,    Philadelphia, PA  19103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 03 2020 03:01:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13659703       +EDI: WFNNB.COM Jun 03 2020 06:53:00      COMENITY CAPITAL BANK,    C O WEINSTEIN & RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13613858        EDI: DISCOVER.COM Jun 03 2020 06:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13606787       +E-mail/Text: jawenrich@firstcitizensbank.com Jun 03 2020 03:01:16
                 First National Bank of Fredericksburg,    Po Box 40 ;    3016 S. Pine Grove Street,
                 Fredericksburg, PA 17026-0040
13628517        EDI: JPMORGANCHASE Jun 03 2020 06:53:00      JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,    Columbus, OH 43219
13606789       +E-mail/Text: bankruptcy@matcotools.com Jun 03 2020 03:01:59      Matco Tools,    4403 Allen Road,
                 Stow, OH 44224-1096
13612110        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2020 03:01:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14217364       +E-mail/Text: bncmail@w-legal.com Jun 03 2020 03:01:35      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13657087        EDI: ECAST.COM Jun 03 2020 06:53:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                                TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
```
              ANGELA LYNN MASTRANGELO    on behalf of Creditor    The Victory Bank angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
              ANGELA LYNN MASTRANGELO    on behalf of Defendant    The Victory Bank
               angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
              JOSEPH L QUINN    on behalf of Debtor Thomas R. Tancredi CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Plaintiff Kara  Tancredi CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Plaintiff Thomas R. Tancredi CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Joint Debtor Kara  Tancredi CourtNotices@rqplaw.com
```

```
District/off: 0313-4          User: JEGilmore            Page 2 of 2                  Date Rcvd: Jun 02, 2020
                              Form ID: 3180W             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
          Josh.Goldman@padgettlawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
          tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                             TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas R. Tancredi** | Social Security number or ITIN  **xxx–xx–1423** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kara Tancredi** | Social Security number or ITIN  **xxx–xx–4150** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **15–17050–pmm** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas R. Tancredi
aka Thomas Robert Tancredi Jr.

Kara Tancredi
aka Kara Ann Tancredi

<u>6/1/20</u>

**By the court:**    <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**