United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-17050-pmm
Thomas R. Tancredi                                              Chapter 13
Kara Tancredi
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore           Page 1 of 1           Date Rcvd: Jun 05, 2020
                              Form ID: 195              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db/jdb         +Thomas R. Tancredi,    Kara Tancredi,    90 Terrace Road,    Boyertown, PA 19512-7746
cr              The Victory Bank,    c/o Angela L. Baglanzis, Esquire,     Obermayer Rebmann Maxwell & Hippel LLP,
                 One Penn Center, Suite 1900,    117 John F. Kennedy Boulevard,    Philadelphia, PA  19103
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Jun 06 2020 03:32:26      Synchrony,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:38:23      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              ANGELA LYNN MASTRANGELO    on behalf of Defendant    The Victory Bank
               angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
              ANGELA LYNN MASTRANGELO    on behalf of Creditor    The Victory Bank angela.baglanzis@obermayer.com,
               Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
              JOSEPH L QUINN    on behalf of Plaintiff Thomas R. Tancredi CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Joint Debtor Kara    Tancredi CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Thomas R. Tancredi CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Plaintiff Kara    Tancredi CourtNotices@rqplaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               Josh.Goldman@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Thomas R. Tancredi and Kara Tancredi  : Case No. 15–17050–pmm
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 5, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

               By The Court

               Patricia M. Mayer
               Judge , United States Bankruptcy Court